The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN SANTIAGO ROSARIO, individually
and on behalf of all others similarly situated,

       *Plaintiff*,

    v.

STARBUCKS CORPORATION,

       *Defendant*.

No. 2:16-cv-01951 RAJ

**NOTICE OF SETTLEMENT
AND [PROPOSED] ORDER
TERMINATING MOTIONS**

Plaintiff, Jonathan Santiago Rosario, and Defendant, Starbucks Corporation ("the Parties") hereby jointly notify this Court of their settlement in principle and request the termination of all pending motions, without prejudice to their reinstatement, and in support thereof, state as follows:

1.    On the evening of February 12, 2019, the Parties reached an agreement in principle to resolve this matter on a global basis. This resolves all the claims in this matter as well as those in a similar matter currently pending in the Northern District of Georgia, *Kevin Wills v. Starbucks Corporation*, No. 1:17-cv-03654-CAP-CMS.

2.    In this matter, currently pending are Plaintiff's Motion for Class Certification, Dkt. 59, and Defendant's Motion for Summary Judgment, Dkt. 92.

3.    The Parties stipulate and agree that the *status quo* should continue with respect to the above-referenced motions while they memorialize their agreement and discuss the most

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER TERMINATING MOTIONS
(No. 2:16-cv-01951)      1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
T: (206) 816-6603 | F: (206) 319-5450

1    appropriate avenue for seeking approval of this national settlement either in this Court or in the

2    Northern District of Georgia.

3           WHEREFORE, the Parties respectfully request that this Honorable Court terminate

4    Plaintiff's Motion for Class Certification, Dkt. 59, and Defendant's Motion for Summary

5    Judgment, Dkt. 92, without prejudice to their reinstatement, if necessary.

6           Respectfully submitted this 13th day of February, 2019.

7    TERRELL MARSHALL LAW                          DAVIS WRIGHT TREMAINE LLP
     GROUP PLLC

8
     By: */s/ Erika L. Nusser*                     By: */s/ Lauren Rainwater*
9        Beth E. Terrell, WSBA #26759                  James E. Howard, WSBA #37259
         Email: bterrell@terrellmarshall.com           Email: jimhoward@dwt.com
10       Erika L. Nusser, WSBA #40854                   Lauren Rainwater, WSBA #43625
         Email: enusser@terrellmarshall.com            Email: laurenrainwater@dwt.com
11       936 North 34th Street, Suite 300              920 Fifth Avenue, Suite 3300
         Seattle, Washington 98103-8869               Seattle, Washington 98104
12       Telephone: (206) 816-6603                     Telephone: (206) 622-3150
         Facsimile: (206) 319-5450                     Facsimile: (206) 757-7700
13
14       James A. Francis, *Admitted Pro Hac Vice*     *Attorneys for Defendant*
15       Email: jfrancis@consumerlawfirm.com
         John Soumilas, *Admitted Pro Hac Vice*
16       Email: jsoumilas@consumerlawfirm.com
         Lauren KW Brennan, *Admitted Pro Hac Vice*
17       Email: lbrennan@consumerlawfirm.com
         FRANCIS & MAILMAN, P.C.
18       1600 Market Street, 25th Floor
         Philadelphia, Pennsylvania 19103
19       Telephone: (215) 735-8600
         Facsimile: (215) 940-8000
20
21       *Attorneys for Plaintiff*
22
23
24
25
26
27

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER TERMINATING MOTIONS
(No. 2:16-cv-01951)                    2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
T: (206) 816-6603 | F: (206) 319-5450

1

**ORDER**

2    IT IS SO ORDERED.

3    DATED this _____ day of _____, 2018.

4

5

6    _____
     The Honorable Richard A. Jones
7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER TERMINATING MOTIONS
(No. 2:16-cv-01951)                    3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
T: (206) 816-6603 | F: (206) 319-5450

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 13th day of February, 2019.

*/s/Erika L. Nusser*
Erika L. Nusser, WSBA #40854

NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER TERMINATING MOTIONS
(No. 2:16-cv-01951)                          4