UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN SANTIAGO ROSARIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | No. 2:16-cv-01951 RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to seal Exhibit 7 to the Declaration of John Soumilas. Dkt. # 98.

There is a "strong presumption" in favor of public access to court records. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); Local Rules W.D. Wash. LCR 5(g). A court cannot allow documents to remain under seal unless it articulates its reasons for doing so. *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011) (vacating order sealing, without explanation, documents submitted in support of injunction motion). In general, the party seeking to shield litigation documents from public view must show "compelling reasons" for doing so, and the court must balance the reasons the party articulates against the public's interest in

ORDER

understanding the judicial process, the general preference for access and disclosure, and other policies favoring disclosure. *Kamakana*, 447 F.3d at 1178-79.

Plaintiff has made the proper showing to support sealing of Exhibit 7 (Dkt. #103-3), which contains confidential proprietary information. Accordingly, the Court **GRANTS** Plaintiff's motion. Dkt. # 98.

DATED this 9th day of April, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER