The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN SANTIAGO ROSARIO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    *Defendant*. | No. 2:16-cv-01951-RAJ<br><br>**JOINT MOTION AND ORDER TO TRANSFER VENUE** |

In accordance with the Court's Order of March 19, 2019 requiring the parties to file any joint motion to transfer this matter on or before April 12, 2019, Plaintiff Jonathan Rosario and Defendant Starbucks Corporation jointly move this Honorable Court to transfer this matter to the Northern District of Georgia and in support of same state as follows:

Pursuant to 28 U.S.C. § 1404(a), "[A] district court may transfer any civil action … to any district or division to which all parties have consented." Section 1404(a) directs courts considering a transfer to evaluate (1) "the convenience of the parties and witnesses," and (2) "the interest of justice."

The parties each consent to a transfer of this matter to the Northern District of Georgia and intend, after said transfer, to seek the consolidation of this matter with the matter of *Wills v. Starbucks Corporation*, No. 1:17-cv-03654-CAP-CMS (N.D. Ga.), for the purpose of settling both class actions and directing notice to a single nationwide class.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   Both the *Rosario* and *Wills* matters involve identical claims, namely that Starbucks failed
2  to comply with 15 U.S.C. § 1681b(b)(3)(a) in its use of background reports for hiring purposes,
3  and seek identical relief for the named plaintiffs and class members.
4   Further, the classes of job applicants in each case are congruent and encompass nearly
5  8,100 individuals. This supports treating them as a single class in one case.
6   Now, following years of litigation and several sessions with a private mediator, the parties
7  have reached an agreement in principle to settle both the *Rosario* case and the *Wills* case on a
8  class basis. The settlement will be facilitated by transferring *Rosario* to the Northern District of
9  Georgia and consolidating it with *Wills*. A transfer to the Northern District of Georgia would be
10 more convenient for the parties and witnesses and would also promote the interests of justice by
11 decreasing the possibility of conflicts between the two cases.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

JOINT MOTION AND ORDER TO TRANSFER VENUE
(No. 2:16-cv-01951) - 2

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Therefore, the Court should transfer this case to the United States District Court for the Northern District of Georgia to be consolidated with *Wills v. Starbucks Corporation*, No. 1:17-cv-03654-CAP-CMS (N.D. Ga.) for settlement purposes.

Dated: April 17, 2019

Respectfully submitted,

TERRELL MARSHALL LAW GROUP PLLC

DAVIS WRIGHT TREMAINE LLP

By: */s/Erika L. Nusser*
  Beth E. Terrell, WSBA #26759
  Email: bterrell@terrellmarshall.com
  Erika L. Nusser, WSBA #40854
  Email: enusser@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603
  Facsimile: (206) 319-5450
  James A. Francis, *pro hac vice*
  Email: jfrancis@consumerlawfirm.com
  John Soumilas, *pro hac vice*
  Email: jsoumilas@consumerlawfirm.com
  Lauren KW Brennan, *pro hac vice*
  Email: lbrennan@consumerlawfirm.com
  FRANCIS & MAILMAN, P.C.
  1600 Market Street, Suite 2510
  Philadelphia, Pennsylvania 19103
  Telephone: (215) 735-8600
  Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

By: */s/James E. Howard*
  Harry J.F. Korrell III, WSBA #23173
  Email: harrykorrell@dwt.com
  James E. Howard, WSBA #37259
  Email: jimhoward@dwt.com
  Lauren Rainwater, WSBA #43625
  Email: laurenrainwater@dwt.com
  920 Fifth Avenue, Suite 3300
  Seattle, Washington 98104-1610
  Telephone: (206) 622-3150
  Facsimile: (206) 757-7700

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of April, 2019.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

JOINT MOTION AND ORDER TO TRANSFER VENUE
(No. 2:16-cv-01951) - 3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com