

**Transferred case has been opened**
ganddb_efile_notice   to: InterdistrictTransfer_WAWD                    04/18/2019 06:08 AM

From:   ganddb_efile_notice@gand.uscourts.gov
To:     InterdistrictTransfer_WAWD@wawd.uscourts.gov

```
CASE: 2:16-cv-01951

DETAILS: Case transferred from Washington Western
has been opened in Northern District of Georgia
as case 1:19-cv-01730, filed 04/18/2019.
```